1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00181-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | JUDGE: Hon. Sheila K. Oberto |
| JESSE MOSES ESCANO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for December 16, 2019, at 1:00 p.m. be continued to **February 3, 2020, at 1:00 p.m.** and time continue to be excluded through that latter date.

The government has recently produced additional discovery that the defendant previously requested and is in the process of obtaining additional documents and media from the Fresno Police Department that defense has sought. Defense counsel now needs additional time to review that discovery and determine whether any additional discovery may be necessary. In addition, the government plans to extend an offer to the defendant, which the parties suspect will lead to further plea negotiations, the need for a further exchange of information between the parties, and additional investigation by defense counsel.

Based on the foregoing, the parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED:  December 10, 2019     */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff

DATED: December 10, 2019     */s/ Mike McKneely*
MIKE MCKNEELY
Attorney for Defendant Jesse Moses Escano

**O R D E R**

Pursuant to the parties' stipulation, the status conference currently scheduled for December 16, 2019, at 1:00 p.m. is hereby continued to **February 3, 2020, at 1:00 p.m.** The time period between December 16, 2019, and February 3, 2020, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), for the reasons provided in the parties' stipulation, as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**December 11, 2019**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE