1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, CA Bar #344683
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JESSE MOSES ESCANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00181-JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | Date:   November 27, 2023 |
| JESSE MOSES ESCANO, | Time:   10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin J. Gilio, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Jesse Moses Escano, that the Court may continue the sentencing hearing from October 30, 2023, to November 27, 2023, at 10:00 a.m.

The requested continuance is necessary for the completion of the defense investigation pertaining to sentencing and to accommodate the parties' schedules.  The parties have conferred with probation and all are amenable to the requested date.

/ / /

/ / /

/ / /

/ / /

                                  Respectfully submitted,

                                  PHILLIP A. TALBERT
                                  United States Attorney

Date: October 26, 2023                */s/ Justin J. Gilio*_____
                                  JUSTIN J. GILIO
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: October 26, 2023                */s/ Christina M. Corcoran*____
                                  CHRISTINA M. CORCORAN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JESSE MOSES ESCANO

## **O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for October 30, 2023, to November 27, 2023, at 10:00 a.m.

IT IS SO ORDERED.

    Dated:  **October 26, 2023**                          /s/ Jennifer L. Thurston
                                                        UNITED STATES DISTRICT JUDGE