1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LISA N. LUMEYA DC BN # 90017392
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JESSE MOSES ESCANO
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-cr-00181-JLT-SKO
12 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER
13 | v. |
14 | JESSE MOSES ESCANO, | Date:   October 8, 2025
                                Time:  2:00 p.m.
15 | Defendant. | Judge: Hon. Stanley A. Boone

16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal

19 Defender Lisa N. Lumeya, counsel for Jesse M. Escano, that the Court may continue the status

20 conference currently scheduled for October 8, 2025, at 2:00 p.m., to November 12, 2025, at 2:00

21 p.m. before the duty Magistrate Judge.

22        On September 15, 2025, the parties set this supervised release violation matter for a

23 preliminary hearing on September 16, 2025, at 2:00 p.m.  The preliminary hearing was

24 subsequently vacated, and a status conference was scheduled for October 8, 2025.

25        The parties have begun discussing a potential resolution and are in agreement to continue

26 the matter to further engage in such discussions.  Doing so would also provide counsel for Mr.

27 Escano additional time to investigate the instant matter and continue discussing the matter with

28 Mr. Escano.  Thus, the parties request to continue this matter to November 12, 2025, at 2:00 p.m.

for a status conference.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court.  The requested date is mutually agreeable for the parties.  As this is a supervised release violation matter, no exclusion of time is necessary.

          Respectfully submitted,

          ERIC GRANT
          United States Attorney

Date: October 3, 2025          */s/ Justin Gilio*
          JUSTIN GILIO
          Assistant United States Attorney
          Attorney for Plaintiff

          HEATHER E. WILLIAMS
          Federal Defender

Date: October 3, 2025          */s/ Lisa Ndembu Lumeya*
          Lisa N. Lumeya
          Assistant Federal Defender
          Attorney for Defendant
          JESSE M. ESCANO

## ORDER

**IT IS SO ORDERED** that the status conference previously scheduled for October 8, 2025, at 2:00 p.m. is continued to November 12, 2025 at 2:00 p.m. before the duty Magistrate Judge.   The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **October 6, 2025**

          STANLEY A. BOONE
          United States Magistrate Judge