| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | LISA N. LUMEYA DC BN # 90017392 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | JESSE MOSES ESCANO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00181-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| JESSE MOSES ESCANO, | Date: December 1, 2025 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Lisa N. Lumeya, counsel for defendant Jesse M. Escano, that the Court may continue the sentencing hearing from December 1, 2025, to December 8, 2025, at 9:00 a.m.

The requested continuance is necessary for the completion of the defense investigation pertaining to sentencing and in light of Mr. Escano's recent transfer from a local facility, Fresno County Jail, to Taft Correctional Facility.  Because this transfer has limited opportunities for attorney-client communication, a continuance would ensure effective representation at sentencing. The parties have conferred with probation, and all are amenable to the requested date.  As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: November 26, 2025  /s/ Antonio Pataca
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 26, 2025  /s/ Lisa Ndembu Lumeya
Lisa N. Lumeya
Assistant Federal Defender
Attorney for Defendant
JESSE M. ESCANO

## ORDER

**IT IS SO ORDERED** that the sentencing hearing previously scheduled for December 1, 2025, at 9:00 a.m. is continued to December 8, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **November 26, 2025**

_____
UNITED STATES DISTRICT JUDGE

Escano – Stipulation
and Proposed Order

2